UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH B. KAUFFMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:19–cv–850–KJN<br><br>ORDER |

    The court's records show that plaintiff has not yet indicated whether she consents to the jurisdiction of the magistrate judge for all purposes. 28 U.S.C. § 636(c); see also ECF No. 4, (Scheduling Order, requesting parties' designation regarding consent within 90 days). Plaintiff is under no obligation to consent, but a consent/decline designation assists the court in determining how the action will be administratively processed. Accordingly, within fourteen (14) days of this order, plaintiff shall file a brief statement indicating whether she consents to the jurisdiction of the magistrate judge for all purposes, including the entry of final judgment, pursuant to 28 U.S.C. § 636(c). See ECF No. 4-2 (Consent Form).

    Further, it is unclear to the court whether plaintiff has actually served the Commissioner. The scheduling order in this case requires among other things that "[w]ithin fourteen days after completing service of process, plaintiff shall file with the clerk a certificate reflecting such service." (See ECF No. 4 at ¶ 1.) Plaintiff filed this action on May 13, 2019, and appears to have

neglected the case since.[1]

IT IS SO ORDERED.

Dated: August 22, 2019

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] However, the court notes that the Commissioner has consented to the court's jurisdiction, so it may be that the case is moving forward without the court's knowledge.