**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**SARAH KAUFFMAN**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-o0O0o-

| | |
|---|---|
| SARAH KAUFFMAN, | No.   2:19-cv-00850-KJN |
| Plaintiff, | |
| | STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| Andrew Saul, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to December 17, 2019.

This is a first extension based on plaintiff's counsel having several other briefs already due and will mean the motion is filed approximately 85 days after the filing of the record.

Dated:    November 18, 2019                         /s/    *Jesse S. Kaplan*
                                                                    JESSE S. KAPLAN
                                                                    Attorney for Plaintiff

[Pleading Title] - 1

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Counsel, Region IX
Social Security Administration

Dated:  November 18, 2019

_/s/ per e-mail authorization_
ELLINOR CODER
Special Assistant U.S. Attorney
Attorney for Defendant

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to December 17, 2019.

SO ORDERED.

Dated:  November 21, 2019

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

kauf.850