**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**SARAH KAUFFMAN**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### -o0O0o-

| | |
|---|---|
| **SARAH KAUFFMAN,** | No.   2:19-cv-00850-KJN |
| **Plaintiff,** | |
| | **STIPULATION AND ORDER** |
| | **FOR  EXTENSION OF** |
| | **TIME TO FILE PLAINTIFF'S** |
| **v.** | **MOTION FOR SUMMARY** |
| **Andrew Saul,** | **JUDGMENT** |
| **COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** | |

_____/

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to December 20, 2019.

This is a second extension, of three days. Plaintiff's counsel has three administrative hearings on December 17, the present due date, and also personal appointments consuming two or three hours on December 16 and 18, 2019.

Dated:    December 15, 2019                    /s/    *Jesse S. Kaplan*
                                               JESSE S. KAPLAN
                                               Attorney for Plaintiff



                                               McGREGOR W. SCOTT
                                               United States Attorney
                                               DEBORAH LEE STACHEL
                                               Regional Counsel, Region IX
                                               Social Security Administration


Dated:   December 16, 2019                      */s/ per e-mail authorization*
                                               ELLINOR CODER
                                               Special Assistant U.S. Attorney
                                               Attorney for Defendant




                              **ORDER**



        For good cause shown on the basis of this stipulation, the requested extension of

plaintiff's time to file a motion for summary judgment brief is extended to December 20, 2019.

        SO ORDERED.


Dated:  December 17, 2019


                                               _____
                                               KENDALL J. NEWMAN
                                               UNITED STATES MAGISTRATE JUDGE

kauf.850