McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CSBN 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| SARAH B. KAUFFMAN, <br><br> Plaintiff, <br><br> vs. <br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:19-cv-00850-KJN <br><br> STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from January 21, 2020, up to and including February 20, 2020. Plaintiff filed her brief on December 20, 2019, following two stipulated extensions. This is the Defendant's first request for an extension.

    Defendant requests this extension in order to further consider the issues raised in Plaintiff's motion, which included alleged errors related to this Court's prior remand of this disability claim. *See* E.D. Cal. No. 2:16-cv-2883-CMK, Dkt. 31. The 1,569 page administrative record requires detailed consideration in light of Plaintiff's alleged errors, and consultation with

supervisory attorney(s).  In addition, the undersigned counsel had or has several conflicting deadlines, including two stipulated remands filed in lieu of District Court merits briefs on January 6 and 13, 2020, a District Court merits brief on January 9, 2020, a Ninth Circuit brief filed on January 15, 2020, and a January 16, 2020 hearing before another judge in this jurisdiction.  In addition, counsel is a part-time employee, and the due date for this brief falls after a federal holiday on January 20, 2020, both of which further restricted the days available to draft Defendant's responsive brief.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  January 16, 2020

/s/  *Jesse Kaplan*
(*as authorized via e-mail on Jan. 15, 2020)
JESSE KAPLAN
Attorney for Plaintiff

Dated: January 16, 2020

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:  /s/  *Ellinor R. Coder*
ELLINOR R. CODER
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including February 20, 2020, to respond to Plaintiff's Motion for Summary Judgment.

Dated:  January 17, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

kauf.850.